The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-116-JLR |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| DAVID CRAIG MARTIN, | |
| Defendant. | |

THE COURT having considered the motion to continue trial and pretrial motions deadline filed by the parties in this matter, as well as the record and files herein, including the Defendant's written waiver of speedy trial, hereby makes the following findings:

1. On May 14, 2020, Mr. Martin was charged by Complaint with one count of Possession of Child Pornography in violation of Title 18 U.S.C. § 2252(a)(4)(B), (b)(2). Dkt. 1. On July 9, 2020, Mr. Martin appeared for his initial appearance and was ordered detained at the hearing. Dkts. 7, 8.

2. Mr. Martin was indicted on one count of Possession of Child Pornography in violation of Title 18 U.S.C. § 2252(a)(4)(B), (b)(2) on August 6, 2020, and trial was set for October 13, 2020. Dkts. 14, 18.

3. The trial date was continued to March 1, 2021, by motion of then appointed Assistant Federal Public Defender Mr. Murphy. Dkt. 23. On November 10, 2020, Mr. Geisness was appointed to represent Mr. Martin and Mr. Murphy withdrew from the case. Dkt. 29.

4. The parties request that trial begin in this matter on June 21, 2021.

5. The ends of justice served by extending the trial date in this matter to June 21, 2020 outweighs the Defendant's and the public's best interests to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

6. The failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the pretrial motions shall be filed no later than May 10, 2021 and that trial will begin on June 21, 2021.

IT IS FURTHER ORDERED THAT the time period between the date of this order and June 21, 2021 is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

Dated this 21st day of January, 2021.

JAMES L. ROBART
United States District Judge