1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12

| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MARTIN,<br>　　　　　Defendant. | NO.  CR20 - 116 JLR<br><br>ORDER ON MOTION TO CONTINUE TRIAL DATE |
|---|---|

13 THIS COURT FINDS, pursuant to 18 U.S.C. § 3161 (h)(7)(A), that the
14 ends of justice will best be served by a continuance, and that they outweigh the
15 best interests of the public and the defendant in a speedy trial and that the
16 defendant has agreed to waive his Speedy Trial Act rights; and the facts of the
17 motion are hereby incorporated.
18 THIS COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161 (h)(7)(iv),
19 that the failure to grant a continuance would result in a miscarriage of justice and
20 would deny counsel for the defendant the reasonable time necessary for effective
21 preparation and negotiation considering the exercise of due diligence,
22 IT IS HEREBY ORDERED that the trial in this matter will be continued
23 from June 27, 2021, until October 12, 2021, and the period of delay from June 27,
24 2021, to October 12, 2021 is excluded in computing the time within which the trial
25

ORDER ON MOTION TO CONTINUE TRIAL DATE
　　Page - 1

THE GEISNESS LAW FIRM
PO Box 11785
Bainbridge Island, WA 98110
(206) 455 - 4689

must commence, pursuant to 18 U.S.C. § 3161 (h)(7)(A). The pretrial motions deadline is extended to August 30, 2021.

DONE this __22nd__ day of April, 2021.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:

_s/ Peter Geisness_____
Peter Geisness, WSBA # 30897
Email: peter@geisnesslaw.com
Attorney for Defendant

ORDER ON MOTION TO CONTINUE TRIAL DATE
Page - 2

THE GEISNESS LAW FIRM
PO Box 11785
Bainbridge Island, WA 98110
(206) 455 - 4689