The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-116-JLR |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| DAVID CRAIG MARTIN, | |
| Defendant. | |

THE COURT having considered and denied the Defense Motion to Withdraw and ex parte filings and proceedings related thereto (*see* Dkts. 40-44) now continues the trial and pretrial motions deadline, including the Defendant's written waiver of speedy trial, hereby makes the following findings:

1. On May 14, 2020, Mr. Martin was charged by Complaint with one count of Possession of Child Pornography in violation of Title 18 U.S.C. § 2252(a)(4)(B), (b)(2). Dkt. 1. On July 9, 2020, Mr. Martin appeared for his initial appearance and was ordered detained at the hearing. Dkts. 7, 8.

2. Mr. Martin was indicted on one count of Possession of Child Pornography in violation of Title 18 U.S.C. § 2252(a)(4)(B), (b)(2) on August 6, 2020, and trial

was set for October 13, 2020. Dkts. 14, 18.

3. The trial date was continued to March 1, 2021, by motion of then appointed Assistant Federal Public Defender Mr. Murphy. Dkt. 23. On November 10, 2020, Mr. Geisness was appointed to represent Mr. Martin and Mr. Murphy withdrew from the case. Dkt. 29.

4. The Court granted the parties joint motion to continue the motions and trial dates to allow Mr. Geisness an opportunity to review discovery and confer with Mr. Martin. A motions deadline was scheduled for May 10, 2021, with a trial date of June 21, 2021. Dkt. 32.

5. Mr. Geiness moved the Court for a continuance of motions and trial dates in order to obtain expert forensic analysis of the government's evidence. Dkt. 34. The Court granted the motion and scheduled a motions deadline of August 30, 2021, and a trial date of October 12, 2021. Dkt. 36.

6. On August 19, 2021, Mr. Geiness filed a Motion to Withdraw As Attorney and for Appointment of New Counsel and a sealed declaration related thereto. Dkts. 40-43.

7. On September 2, 2021, the Court held an ex parte hearing to address Mr. Geisness' motion to withdraw. Dkt. 44. The Court denied the motion to withdraw and granted a brief trial continuance at the request of the defendant, who executed a speedy trial waiver.

8. The ends of justice served by extending the motions deadline to January 18, 2022, and trial date to February 28, 2022 outweighs the Defendant's and the public's best interests to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

9. The failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the pretrial motions shall be filed no later than January 18, 2022, and that trial will begin on February 28, 2022.

IT IS FURTHER ORDERED THAT the time period between the date of this order and February 28, 2022, is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

Dated this 8th day of September, 2021.

The Honorable James L. Robart
U.S District Court Judge