The Honorable James L. Robart

1
2
3
4
5
6
7   UNITED STATES DISTRICT COURT FOR THE
    WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE
9
10  UNITED STATES OF AMERICA,                    NO. CR20-116-JLR
11                          Plaintiff,           ORDER CONTINUING TRIAL DATE
12              v.
13  DAVID CRAIG MARTIN,
14                          Defendant.
15
16
17          THE COURT having considered defense counsel's unopposed motion to continue the trial
18  date, now continues the trial and pretrial motions deadline and hereby makes the following findings:
19       1.  On May 14, 2020, Mr. Martin was charged by Complaint with one count of Possession of
20           Child Pornography in violation of Title 18 U.S.C. § 2252(a)(4)(B), (b)(2).  Dkt. 1.  On
21           July 9, 2020, Mr. Martin appeared for his initial appearance and was ordered detained at
22           the hearing.  Dkts. 7, 8.
23       2.  Mr. Martin was indicted on one count of Possession of Child Pornography in violation of
24           Title 18 U.S.C. § 2252(a)(4)(B), (b)(2) on August 6, 2020, and trial was set for October
25           13, 2020.  Dkts. 14, 18.
26       3.  The trial date was continued to March 1, 2021, by motion of then appointed Assistant
27           Federal Public Defender Mr. Murphy.  Dkt. 23.  On November 10, 2020, Mr. Geisness
28           was appointed to represent Mr. Martin and Mr. Murphy withdrew from the case.  Dkt. 29.

1    4.   The Court granted the parties joint motion to continue the motions and trial dates to allow

2         defense counsel an opportunity to review discovery and confer with Mr. Martin.  A

3         motions deadline was scheduled for May 10, 2021, with a trial date of June 21, 2021.

4         Dkt. 32.

5    5.   Defense counsel moved the Court for a continuance of motions and trial dates in order to

6         obtain expert forensic analysis of the government's evidence.  Dkt. 34.  The Court

7         granted the motion and scheduled a motions deadline of August 30, 2021, and a trial date

8         of October 12, 2021.  Dkt. 36.

9    6.   On August 19, 2021, defense counsel filed a Motion to Withdraw As Attorney and for

10        Appointment of New Counsel and a sealed declaration related thereto.  Dkts. 40-43.

11   7.   On September 2, 2021, the Court held an ex parte hearing to address defense counsel's

12        motion to withdraw.  Dkt. 44.  The Court denied the motion to withdraw and granted a

13        trial continuance to February 28, 2022, at the request of the defendant, who executed a

14        speedy trial waiver.  Dkts. 44, 45, 46.

15   8.   The ends of justice served by extending the motions deadline to March 21, 2022, and the

16        trial date to April 25, 2022, outweighs the Defendant's and the public's best interests to a

17        speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(i)/(iv).

18   9.   Based upon unforeseeable circumstances, the failure to grant the continuance would

19        unreasonably deny the defendant of counsel, taking into account the exercise of due

20        diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

21

22        IT IS THEREFORE ORDERED that the pretrial motions shall be filed no later than

23   March 21, 2022, and that trial will begin on April 25, 2022.  The court is mindful of defense

24   counsel's other obligations, but the parties in this matter need to be prepared, to the court's

25   standards, to proceed with trial on April 25, 2022.

26        IT IS FURTHER ORDERED THAT the time period between the date of this order and

27   April 25, 2022, is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of

28

1  computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

2

3       Dated this 20th day of January, 2022.

4

5

6

7       _____

8       The Honorable James L. Robart
        U.S  District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Continuing Trial
*United States v. Martin*, CR20-116-JLR – 3