The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID C. MARTIN,<br><br>Defendant. | NO. CR20-116 JLR<br><br>ORDER GRANTING LEAVE TO FILE OVER-LENGTH SENTENCING MEMORANDUM |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Motion, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Sentencing Memorandum in excess of twelve pages, but no more than eighteen pages.

DATED this 21st day of September, 2022.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

Order to File Over-Length Motion
*United States v. Martin/*CR20-116 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970