The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID C. MARTIN, <br><br> Defendant. | NO. CR20-116 JLR <br><br> ORDER GRANTING MOTION TO SEAL EXHIBITS B AND TO GOVERNMENT'S SENTENCING MEMORANDUM |

This matter has come before the Court on the motion to seal Exhibits B and F to Government's Sentencing Memorandum. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibits B and F to Government's Sentencing Memorandum, due to the sensitive information contained therein.

//
//
//

Government's Order to Seal - 1
*United States v. Martin,* CR20-116 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibits B and F to Government's Sentencing Memorandum shall be filed under seal.

DATED this 21st day of September 2022.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*/s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

Government's Order to Seal - 2
*United States v. Martin,* CR20-116 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970